|  GRANTED | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | *[signature]* <br> Vincent R. White <br> District Court Judge <br> DATE OF ORDER ON ATTACHMENT |
|---|---|---|

| **DISTRICT COURT, DOUGLAS COUNTY, STATE OF COLORADO** <br> 4000 Justice Way, Suite 2009 <br> Castle Rock, Colorado 80109 <br> Telephone: 720-437-6200 | EFILED Document <br> CO Douglas County District Court 18th JD <br> Filing Date: May 09 2013 12:24PM MDT <br> Filing ID: 52207216 <br> Review Clerk: N/A |
|---|---|
| **Plaintiff:** <br> LEHMAN BROTHERS HOLDINGS, INC. <br><br> v. | |
| **Defendants:** <br> CTX MORTGAGE COMPANY, LLC, PULTEGROUP, INC. f/k/a PULTE HOMES, INC., and PI NEVADA BUILDING COMPANY | ▲ COURT USE ONLY ▲ <br><br> Case Number: 2013 CV 378 <br><br> Div.: 5     Ctrm.: |
| **ORDER GRANTING DEFENDANT CTX MORTGAGE COMPANY'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD** | |

THIS MATTER is before the Court on the unopposed motion of Defendant CTX Mortgage Company, LLC ("Defendant") for an extension of time to file an answer or otherwise plead in response to Plaintiff's complaint.

The Court, having fully considered Defendant's Motion and for other good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion is granted; Defendant shall have up to and including June 17, 2013, to respond to Plaintiff's complaint.

Dated: _____

                         By the Court:

                         _____
                         District Court Judge

**EXHIBIT J**

| | |
|---|---|
| This document constitutes a ruling of the court and should be treated as such. | |
| **Court:** | CO Douglas County District Court 18th JD |
| **Judge:** | Vincent R White |
| **File & Serve Transaction ID:** | 52185917 |
| **Current Date:** | May 09, 2013 |
| **Case Number:** | 2013CV378 |
| **Case Name:** | LEHMAN BROTHERS HOLDINGS INC vs. CTX MORTGAGE COMPANY LLC et al |
| **Court Authorizer:** | White, Vincent R |

/s/ Judge White, Vincent R