IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01290–REB–KMT

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff/Counterclaim Defendant,

v.

CTX MORTGAGE COMPANY, LLC,

    Defendant/Counterclaim Plaintiff,

and

PULTEGROUP, INC., f/k/a PULTE HOMES, INC., and
PI NEVADA BUILDING COMPANY,

    Defendants.

---

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a)(2)" (Doc. No. 34, filed Aug. 12, 2013) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's Amended Complaint (Doc. No. 34-2).

Dated: August 12, 2013