**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:    13-cv-01290-REB-KMT | Date:   August 13, 2013 |
| Courtroom Deputy:   Sabrina Grimm | FTR:   Courtroom C-201 |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | Daniel Calisher |
| | David Canter |
| Plaintiff, | |
| v. | |
| CTX MORTGAGE COMPANY, LLC, | Jason Crow |
| PULTEGROUP, INC., f/k/a PULTE HOMES, | James Gray |
| INC., and | |
| PI NEVADA BUILDING COMPANY, | |
| Defendants. | |

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE**

**10:14 a.m.       Court in session.**

Court calls the case. Appearances of counsel.

Counsel confirm initial disclosures will take place on September 7, 2013.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Court states discovery limitations are all approved as set forth in the proposed scheduling order.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: September 20, 2013
Discovery Cut-off:    June 13, 2014
Dispositive Motions Deadline:         July 18, 2014
Disclosure of Affirmative Experts:    May 2, 2014
Disclosure of Rebuttal Experts:       May 23, 2014
Each side shall be limited to 2 expert witnesses, absent leave of court.
Written Discovery shall be served 33 days prior to the discovery cutoff.

Final Pretrial/Trial Preparation Conference is set for September 26, 2014 at 3:30 p.m. and a 20 day jury trial is set for October 20, 2014 at 9:00 am before District Judge Robert E. Blackburn.

Discussion regarding amended complaint.

Defendant's oral motion to withdraw Defendants PulteGroup's and Pi Nevada's Motion to Dismiss Complaint [15] by Mr. Gray.

**ORDERED:  Defendants PulteGroup's and Pi Nevada's Motion to Dismiss Complaint [15] is WITHDRAWN.**

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Scheduling Order entered.**

**10:31 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:15

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.