**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01290-REB-KMT

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

CTX MORTGAGE COMPANY, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Blackburn, J.

    This matter is before me on the **Stipulation for Dismissal with Prejudice** [#47][1] filed by the parties on December 19, 2013. The stipulation is approved.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal with Prejudice** [#47] filed December 19, 2013, is **APPROVED**;

    2. That the combined Trial Preparation Conference and Final Pretrial Conference set September 26, 2014, and the trial by jury set to commence October 20, 2014, are **VACATED**; and

    3. That this case is **DISMISSED** with prejudice with the parties to bear their own costs and attorney fees.

---

[1] "[#47]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated December 27, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge